# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>BLAST FITNESS GROUP, LLC,<br><br>               Debtor. | Chapter 7<br>Case No. 16-10236-MSH |
| GARY W. CRUICKSHANK,<br>CHAPTER 7 TRUSTEE OF THE ESTATE<br>OF BLAST FITNESS GROUP, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>HAROLD R. DIXON, ET AL.,<br><br>               Defendants. | Adversary Proceeding<br>No. 18-01011 |

## JOINT MOTION FOR APPROVAL OF STIPULATION

The Trustee, Goodwin Procter LLP ("Goodwin Procter"), John R. LeClaire, and Jeremiah J. Sullivan (collectively, the "Parties"), hereby submit this *Joint Motion for Approval of Stipulation* (the "Motion") requesting a determination with respect to the *Stipulation to Extend Time for Defendants Goodwin Procter LLP, John R. LeClaire, and Jeremiah J. Sullivan to File an Answer to the Complaint* (the "Stipulation"), a copy of which has been filed with the Court concurrently. In support of this Motion, the Parties state as follows:

## Background

1. On January 26, 2016, the Debtor filed a voluntary petition under Chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") and commenced the Chapter 7 Case.

2. On January 26, 2018, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing an adversary complaint.

3. On April 4, 2018, the Trustee filed an amended Complaint (the "Amended Complaint"), naming Goodwin Procter, Mr. LeClaire and Mr. Sullivan as three among many defendants. ECF No. 130.

4. On January 8, 2019, the Court entered orders denying Goodwin Procter and Mr. LeClaire's Motion to Dismiss and Motion for Partial Summary Judgment and denying in part Mr. Sullivan's Motion to Dismiss. ECF Nos. 282-85.

5. The Parties agree that the current deadline for Goodwin Procter, Mr. LeClaire and Mr. Sullivan to answer the Amended Complaint is January 22, 2019 (the "Response Deadline").

6. The Parties have agreed to an extension of the Response Deadline, the terms of which are also stated in the Stipulation, and which are that:

   a. The Response Deadline shall be extended to and including February 5, 2019.

   b. Nothing in the Stipulation shall be construed as a submission by any defendant to jurisdiction, or a waiver of Article III rights, or of any other rights or remedies, all of which are reserved.

   c. The Trustee reserves all of his rights and remedies.

WHEREFORE, the Trustee, Goodwin Procter, Mr. LeClaire, and Mr. Sullivan respectfully request that the Court grant this Motion, approve the Stipulation and enforce the agreement of the Trustee and Goodwin Procter, Mr. LeClaire, and Mr. Sullivan.

| | |
|---|---|
| GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF BLAST FITNESS GROUP, LLC, <br> By his attorneys, | GOODWIN PROCTER LLP, JOHN R. LECLAIRE and JEREMIAH J. SULLIVAN, <br> By their attorneys, |
| /s/ Ilyas J. Rona <br> Ilyas J. Rona, Esq., BBO #642964 <br> Gregory N. Corbin, Esq., BBO #687957 <br> Milligan Rona Duran & King LLC <br> 50 Congress Street, Suite 600 <br> Boston, MA 02109 <br> 617-395-9570 Telephone <br> ijr@mrdklaw.com <br> gnc@mrdklaw.com | /s/ Caitlin M. Snydacker <br> P. Sabin Willett, Esq., BBO #542519 <br> Caitlin M. Snydacker, Esq., BBO #681526 <br> Morgan, Lewis & Bockius LLP <br> One Federal Street <br> Boston, MA 02110-1726 <br> 617-341-7700 Telephone <br> 617-341-7701 Facsimile <br> sabin.willett@morganlewis.com <br> caitlin.snydacker@morganlewis.com |

Dated: January 16, 2019

## **CERTIFICATE OF SERVICE**

      I, Caitlin M. Snydacker, certify that on January 16, 2019, I caused a copy this document to be served on all registered electronic filers appearing in this case using the Court's CM/ECF system.

                                              /s/ Caitlin M. Snydacker
                                              Caitlin M. Snydacker