

01/17/2019 The deadline for defendants Goodwin Procter, Mr. LeClaire, and Mr. Sullivan to file a responsive pleading is suspended pending a ruling on the trustee's motion to amend the complaint (#237).

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: <br> BLAST FITNESS GROUP, LLC, <br><br> Debtor. | Chapter 7 <br> Case No. 16-10236-MSH |
| GARY W. CRUICKSHANK, <br> CHAPTER 7 TRUSTEE OF THE ESTATE <br> OF BLAST FITNESS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD R. DIXON, ET AL., <br><br> Defendants. | Adversary Proceeding <br> No. 18-01011 |

### JOINT MOTION FOR APPROVAL OF STIPULATION

The Trustee, Goodwin Procter LLP ("Goodwin Procter"), John R. LeClaire, and Jeremiah J. Sullivan (collectively, the "Parties"), hereby submit this *Joint Motion for Approval of Stipulation* (the "Motion") requesting a determination with respect to the *Stipulation to Extend Time for Defendants Goodwin Procter LLP, John R. LeClaire, and Jeremiah J. Sullivan to File an Answer to the Complaint* (the "Stipulation"), a copy of which has been filed with the Court concurrently. In support of this Motion, the Parties state as follows:

DB1/ 101591240.1